**Order entered September 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00598-CV

### MARC HEALEY, Appellant

### V.

### NATASHA HALL AND ROYCE HALL, III, D/B/A NO LIMIT RETRIEVERS, Appellees

### On Appeal from the County Court at Law No. 2
### Kaufman County, Texas
### Trial Court Cause No. 92099CC2

## ORDER

We **GRANT** in part appellant's September 12, 2016 motion to extend time for filing appellant's brief and **ORDER** appellant's brief due October 11, 2016.  Appellant's motion is in all other respects **DENIED**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE